# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                                    NO. 4:10CR00097-002 SWW

BERTHA HERNANDEZ

### ORDER

Pending before the Court is government's motion to dismiss indictment against defendant, Bertha Hernandez, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED that the government's motion to dismiss indictment against the above-named defendant be **GRANTED**, and the indictment pending against defendant Bertha Hernandez is *dismissed without prejudice*.

DATED this 31st day of March 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE